UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN GREENE,

      Plaintiff,

vs.

BANK OF AMERICA, N.A.,

      Defendant.

Civil Action No.: 10-CV-11099-NG

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the instant action be dismissed with without prejudice.

| | |
|---|---|
| Dated: March 14, 2011 | Dated: March 14, 2011 |
| **THE ROSE LAW FIRM, PLLC** | **REED SMITH LLP** |
| By:s/ *G. Christopher Gleason* | /s *Joe Nguyen* |
| G. Christopher Gleason, Esq. | Joe Nguyen, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 501 New Karner Road | 2500 One Liberty Place |
| Albany, New York 12866 | 1650 Market Street |
| Tel: (518) 869-9200 | Philadelphia, PA 19103 |
| cgleason@theroselawfirm.com | Tel: (215) 851-8264 |
| | jnguyen@reedsmith.com |

Dated: March ___, 2011

_____
SO ORDERED

1

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date electronically filed and served the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing in accordance with Rule 5 of the Federal Rules of Civil Procedure.

Dated: Albany, New York
       March 14, 2011

By:s/ *G. Christopher Gleason*
G. Christopher Gleason, Esq.
The Rose Law Firm, PLLC
*Attorneys for Plaintiff*
501 New Karner Road
Albany, New York  12866
Tel: (518) 869-9200
cgleason@theroselawfirm.com